# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE: Family Dollar Stores, Inc., ) <br> Pest Infestation Litigation ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> ALL CASES ) <br> ) | 2:22-md-03032-SHL-tmp <br> (MDL Docket No. 3032) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Dondrea Brown, Muriel Vanessa Brown, Vinnie L. Smith, Julian A. Graves, Reginald and Sonya Fields, Taylor Lorimer, Martha "Keisha" Lacy, Sheena Bibbs, Jerome Whitney, Tina Bishop, Sonya Mull, and Christine Robinson (collectively referred to as, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through undersigned counsel submit this Motion For Leave to File Under Seal the Amended Complaint.

In the Amended Complaint, Plaintiffs include information designated as confidential by Defendants as well as third parties. For example, the Amended Complaint includes an unredacted Food and Drug Administration ("FDA") report, certain Ecolab documents, and inspection photos marked confidential.

Plaintiffs respectfully request that the Court grant them leave to file their Amended Complaint under seal to protect information designated as Confidential pursuant to the Protective Order [Dkt. No. 58] and permit Plaintiffs to file a redacted version of the Amended Complaint.

Defendants consent to the provisional filing under seal of the Amended Complaint. Consistent with the Local Rules, Defendants will review the Amended Complaint

once they receive a copy and identify specific redactions and sealing requests for the Court at their earliest convenience. The parties will confer to narrow any disputed areas in advance of this filing.

| | |
|---|---|
| Dated: October 17, 2022. | Respectfully submitted, |

/s/ Gerard Stranch, IV
J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 27203
Tel: (615) 254-8801
gerards@bsjfirm.com

Sarah Sterling Aldridge
John W. ("Don") Barrett
Barrett Law Group, P.A.
404 Court Square N
P.O. Box 927
Lexington, MS 39095
Tel: (662) 834-2488
saldridge@barrettlawgroup.com
dbarrett@barrettlawgroup.com

*Co-Lead Counsel for Plaintiffs*

Charles Barrett
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (6150 238-3647
cbarrett@nealharwell.com

*Liaison Counsel for Plaintiffs*

James Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
Tel: (479) 968-2030
james@streettlaw.com

*State Court Litigation Liaison Counsel for Plaintiffs*

2

Charles LaDuca
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave., NW, Ste. 200
Washington, DC 20016
Tel: (202) 789-3960
charles@cuneolaw.com

Gary Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: 847-208-4585
gklinger@milberg.com

Katrina Carroll
Lynch Carpenter, LLP
111 W. Washington, Ste. 1240
Chicago, IL 60602
Tel: (312) 750-1265
katrina@lcllp.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that the foregoing Plaintiffs' Motion for Leave to File Under Seal was served on October 17, 2022, via e-mail and the Court's ECF system to the following:

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520
cchorba@gibsondunn.com

Jason R. Meltzer
Jesenka Mrdjenovic
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Facsimile: 202-467-0539
jmeltzer@gibsondunn.com
jmrdjenovic@gibsondunn.com

*Attorneys for Defendants*

                                                                            */s/ J. Gerard Stranch, IV*