# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE: Family Dollar Stores, Inc., Pest Infestation Litigation </br></br> This Document Relates to: </br></br> ALL CASES | ) ) ) ) ) ) ) ) ) </br> No. 2:22-md-3032-SHL-tmp </br> (MDL Docket No. 3032) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the United States Judicial Panel on Multidistrict Litigation's Transfer Order (ECF No. 1), filed June 2, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses and Service Awards and Granting Plaintiffs' Unopposed Motion for Final Approval of Proposed Settlement (ECF No. 212), entered May 6, 2024, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**, except as provided for in the Settlement Agreement. Further, without affecting the finality of the Order and Judgment for purposes of appeal, the Court reserves exclusive jurisdiction over the implementation and enforcement of the Settlement Agreement, the settlement contemplated thereby, and over the enforcement of the Order and Judgment. The Court also retains exclusive jurisdiction to resolve any disputes that arise out of or relate to the Settlement Agreement.

Finally, the Court retains jurisdiction to resolve any claims or disputes regarding attorneys' fees related to this case. This Judgment does not preclude Plaintiffs from filing an amended motion for attorneys' fees.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 6, 2024
Date